UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ASEA/AFSCME Local 52 Health Benefits Trust, individually and on behalf of a class of similarly situated third party payors,<br><br>Plaintiff,<br><br>v.<br><br>ST. JUDE MEDICAL, LLC, a Delaware corporation, and ABBOTT LABORATORIES, an Illinois corporation,<br><br>Defendants. | Case No.:    18-cv-02124 (DSD/HB)<br><br><br>**DEFENDANTS'**<br>**MOTION TO DISMISS** |

Defendants St. Jude Medical, LLC and Abbott Laboratories move the Court, pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), and 12(b)(6) and Local Rule 7.1, for an order dismissing the Complaint of Plaintiff ASEA/AFSCME Local 52 Health Benefits Trust in its entirety with prejudice and for such other and further relief as the Court may deem just and proper.  This motion is to be supported by a Memorandum of Law to be filed in accordance with the Court's Order Regarding Dispositive Motion Procedure, ECF No. 10, in this case.

Dated:  August 29, 2018   /s/Daniel L. Scott
Daniel L. Scott (#0240837)
Thomas F. Nelson (#0154040)
Adine S. Momoh (#0390085)
Lariss J. Maldonado (#0393178)
STINSON LEONARD STREET LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 335-1500
Facsimile:  (612) 335-1657
dan.scott@stinson.com
tom.nelson@stinson.com
adine.momoh@stinson.com
lariss.maldonado@stinson.com

Andrew A. Kassof, P.C. (IL #6271263)
  (*pro hac vice* pending)
Barry E. Fields, P.C.(IL #6206913)
  (*pro hac vice* pending)
James R.P. Hileman (IL #6289737)
  (*pro hac vice* pending)
Whitney L. Becker (IL 6302375)
  (*pro hac vice* pending)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois  60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
akassof@kirkland.com
bfields@kirkland.com
jhileman@kirkland.com
whitney.becker@kirkland.com

*Attorneys for Defendants St. Jude Medical, LLC and Abbott Laboratories*