# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| ASEA/AFSCME Local 52 Health Benefits Trust | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 18-cv-02124-DSD-HB |
| St. Jude Medical, LLC, Abbott Laboratories | |
| Defendant(s). | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. The motion to dismiss [ECF No. 32] is granted; and

2. The case is dismissed with prejudice.

| | |
|---|---|
| Date: 1/28/2019 | KATE M. FOGARTY, CLERK |
| | s/M. Giorgini |
| | (By)  M. Giorgini, Deputy Clerk |